JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTEL CONTRERAS,<br><br>        Plaintiff,<br><br>v.<br><br>MEGDAL DOWNEY LLC, a California Limited Liability Company; and DOES 1-10,<br><br>        Defendants. | Case No. CV 20-08221-AB (MAAx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 9, 2020    _____
                                           ANDRÉ BIROTTE JR.
                                           UNITED STATES DISTRICT JUDGE