1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Chantel Contreras, | Case No.: 2:20-cv-08221-AB-MAA |
|---|---|
| Plaintiff, | *Hon. André Birotte Jr* |
| v. | |
| Megdal Downey LLC, a California Limited Liability Company; and Does 1-10, | **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: September 8, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Chantel Contreras' ("Plaintiff") action against Defendant Megdal Downey LLC, ("Defendant") is **DISMISSED**, in its entirety, with prejudice. Each party will be responsible for their own fees and costs.

Dated: December 22, 2020

Hon. André Birotte Jr
United States District Judge
Central District of California